# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2010

140301

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BRONSON METHODIST HOSPITAL,
        Plaintiff-Appellant,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellee.

SC: 140301
COA: 286087
Kalamazoo CC: 08-000066-NF

_____/

By order of May 25, 2010, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals was held in abeyance pending the decision in *Univ of Mich Regents v Titan Ins Co* (Docket No. 136905). On order of the Court, the case having been decided on July 31, 2010, 487 Mich ___ (2010), the application is again considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2010

_____
Clerk

p1020